IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VSE CORPORATION, | CIVIL ACTION NO.:_____ |
| Plaintiff, | |
| Vs. | |
| | COMPLAINT |
| | (JURY TRIAL REQUESTED) |
| HAROLD KORETZKY AND CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN, & AREAUX, L.L.C. | |

*************************************************************************

## COMPLAINT

Plaintiff, through undersigned counsel, respectfully states and avers as follows:

## JURISDICTION

1.

This Honorable Court is vested with original subject matter jurisdiction pursuant to 28 U.S.C. §1332, relating to diversity of citizenship and amount in controversy exceeding $75,000.00, exclusive of interest and costs.

2.

This Court has personal jurisdiction over defendants because both Koretzky and Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C. are authorized to conduct business in the State of Louisiana.

3.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this District.

1

## PARTIES

4.

Plaintiff, VSE Corporation, is a Delaware corporation that contracts with the United States Army.

5.

Defendant, Harold Koretzky, is a person of full majority, and upon information and belief, a resident of the State of Louisiana and a managing partner in the law firm Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C.

6.

Defendant, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C. is a law firm and limited liability company authorized to and doing business in the State of Louisiana.

## FACTS

7.

Defendants herein are liable to the plaintiff jointly, severally, and *in solido* for the acts and/or omissions complained of herein.

8.

Plaintiff retained the services of Defendants in connection with drafting a Collective Bargaining Agreement (hereinafter "CBA") between Plaintiff and the International Association of Machinists and Aerospace Workers, AFL-CIO

9.

Upon the recommendation of Defendant, Harold Koretzky, an attorney, Plaintiff included a provision in the CBA requiring all employees to take two mandatory *unpaid* fifteen minute breaks for every eight hours worked.

10.

Plaintiff was unaware that unpaid mandatory breaks were a violation of the Fair Labor Standards Act (hereinafter "FLSA").

11.

Plaintiff relied upon the advice of Defendants because they are attorneys familiar with the FLSA and CBAs.

12.

The final agreement was signed by VSE and the International Association of Machinists and Aerospace Workers, AFL-CIO in January 2017 after it was reviewed and edited by Defendants.

13.

On April 23, 2018, Plaintiff was served with a lawsuit captioned *Joseph Waggoner and Clifford Tefteller, on behalf of themselves and similarly situated individuals v. VSE Corporation, XOTech Solutions, L.L.C. and White's Paint Blast, L.L.C.*, Civil Action No. 5:18 –cv-58 in the United States District Court Eastern District of Texas Texarkana Division.

14.

The lawsuit alleges that VSE violated the FLSA by requiring unpaid fifteen minute breaks and associated overtime pay.

15.

As a result of the underlying lawsuit, VSE has been forced to incur attorney fees, costs, and could potentially be liable for violations under the FLSA entitling Plaintiffs in the underlying matter to collect unpaid wages, associated overtime pay *and* attorney fees.

16.

Defendants' negligent advice regarding unpaid breaks was a breach of Defendants' duty to exercise reasonable care, skill, and diligence on Plaintiff's behalf.

17.

On August 10, 2018, VSE notified Defendant, Harold Koretzky, of the underlying lawsuit and requested compensation for the costs, fees and penalties associated with defending the underlying lawsuit, Defendants have yet to reply to that request.

18.

As a direct consequence of Defendants' negligence, Plaintiff is entitled to compensation for the following:

1. All amounts Plaintiff may be ordered to pay in the underlying case of *Joseph Waggoner and Clifford Tefteller, on behalf of themselves and similarly situated individuals v. VSE Corporation, XOTech Solutions, L.L.C. and White's Paint Blast, L.L.C.*;
2. All legal fees and costs incurred in the defense of the underlying matter entitled *Joseph Waggoner and Clifford Tefteller, on behalf of themselves and similarly situated individuals v. VSE Corporation, XOTech Solutions, L.L.C. and White's Paint Blast, L.L.C.*;
3. All legal fees and costs incurred by Plaintiff in the present suit against Defendants; and
4. Any other remedies this court deems proper.

19.

At all pertinent times hereto, Defendant, Harold Koretzky, was at all times a partner or employee of the law firm Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., and Plaintiff specifically invokes the doctrine of *respondeat superior.*

WHEREFORE, Plaintiff, VSE Corporation, prays that Defendants, Harold Koretzky, and Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C. be cited to appear and answer this Complaint for Legal Malpractice, and that they be served with a copy of the same, and after due proceedings had, there be judgment condemning Defendants individually, jointly, and *in solido* to pay unto Plaintiff a sum commensurate with Plaintiff's damages plus legal interest thereon from date of judicial demand, all costs of these proceedings.

Respectfully submitted:

**KOEPPEL CLARK**

_____
Peter S. Koeppel (#1465)
W. Scarth Clark (#22993)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
*Attorneys for Plaintiff*

**PLEASE SERVE:**
Harold Koretzky
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C.
*Through its registered agent for process,*

Frank A. Tessier
1100 Poydras Street, Suite 3100
New Orleans, LA 70163